UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYKAL DURRELL MYRICK,<br>Petitioner,<br>v.<br>JOEL D. MARTINEZ, Warden,<br>Respondent. | Case No. 17-cv-03122-HSG (PR)<br><br>**ORDER GRANTING RESPONDENT'S APPLICATION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 13 |

Good cause appearing, respondent's application for an extension of time to file an answer to the petition is GRANTED. Respondent shall file his answer to the petition no later than **October 10, 2017**. Within **thirty (30) days** of the date such answer is filed, petitioner shall file with the Court and serve on respondent a traverse.

This order terminates Docket No. 13.

**IT IS SO ORDERED.**

Dated: 9/18/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge