UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYKAL DURRELL MYRICK,<br><br>Petitioner,<br><br>v.<br><br>JOEL D. MARTINEZ, Warden,<br><br>Respondent. | Case No. 17-cv-03122-HSG (PR)<br><br>**ORDER GRANTING RESPONDENT'S SECOND APPLICATION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 15 |

Good cause appearing, respondent's second application for an extension of time to file an answer to the petition is GRANTED. Respondent shall file his answer to the petition no later than **November 9, 2017**. Within **thirty (30) days** of the date such answer is filed, petitioner shall file with the Court and serve on respondent a traverse.

This order terminates Docket No. 15.

**IT IS SO ORDERED.**

Dated: 10/18/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge