UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYKAL DURRELL MYRICK,<br><br>Petitioner,<br><br>v.<br><br>CRAIG KOENIG, Warden,<br><br>Respondent. | Case No. 17-cv-03122-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order Denying Petition for a Writ of Habeas Corpus; Denying Certificate of Appealability, judgment is entered in favor of Respondent. The Clerk shall close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 4/29/2019

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge